■ CLIFTON TURNER, Appellant, v STATE OF NEW YORK, Respondent. [991 NYS2d 363]—In a claim to recover damages for

unjust conviction and imprisonment pursuant to Court of Claims Act § 8-b, the claimant appeals from an order of the Court of Claims (Marin, J.), dated November 14, 2012, which denied his motion to admit into evidence an affidavit of a recanting witness.

Ordered that the appeal is dismissed, with costs.

The appeal must be dismissed because it concerns an evidentiary ruling which, even when made in advance of trial on motion papers, is neither appealable as of right nor by permission (*see* CPLR 5701; *Elliott v Guervil*, 98 AD3d 470 [2012]; *Cotgreave v Public Adm'r of Imperial County [Cal.]*, 91 AD2d 600, 601 [1982]). Balkin, J.P., Leventhal, Maltese and LaSalle, JJ., concur.